IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABM PARKING SERVICES INC.,
formerly known as AMPCO SYSTEM
PARKING, a California corporation,

    Plaintiff,

  v.

MICHAEL D MALATIN, and PINNACLE
AUTOMOTIVE HOSPITALITY
SERVICES, INC.,

    Defendants.

No. C 13-02211 WHA

**ORDER SETTING HEARING RE DEFENDANTS' DISCOVERY DISPUTE**

Pursuant to defendants' September 24, 2013, letter, the Court **SETS** a three-hour meet-and-confer starting from **12:00 NOON–3:30 P.M. (WITH THIRTY MINUTES OFF FOR LUNCH AT 1:00 P.M.) ON WEDNESDAY, OCTOBER 2, 2013**, in the Attorney Lounge on the eighteenth floor of the federal courthouse. Please check in with chambers at noon on October 2 before proceeding to the Attorney Lounge. At 3:30 p.m., the Court shall hear any remaining discovery issue(s) in Courtroom 8. Plaintiff's response is due by noon on September 30.

Please note that only those lawyers who personally attend the meet-and-confer in the Attorney Lounge may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: September 26, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE