1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABM PARKING SERVICES INC.,
formerly known as AMPCO SYSTEM
PARKING, a California corporation,                    No. C 13-02211 WHA

                    Plaintiff,

        v.                                            **ORDER SETTING HEARING
                                                      RE DEFENDANTS'
MICHAEL D MALATIN, and PINNACLE                       DISCOVERY DISPUTE**
AUTOMOTIVE HOSPITALITY
SERVICES, INC.,

                    Defendants.
_____/

        Pursuant to defendants' September 24, 2013, letter, the Court **SETS** a three-hour

meet-and-confer starting from **12:00 NOON–3:30 P.M. (WITH THIRTY MINUTES OFF FOR LUNCH**

**AT 1:00 P.M.) ON WEDNESDAY, OCTOBER 2, 2013**, in the Attorney Lounge on the eighteenth

floor of the federal courthouse.  Please check in with chambers at noon on October 2 before

proceeding to the Attorney Lounge.  At 3:30 p.m., the Court shall hear any remaining discovery

issue(s) in Courtroom 8.  Plaintiff's response is due by noon on September 30.

        Please note that only those lawyers who personally attend the meet-and-confer in the

Attorney Lounge may be heard at the hearing.

        **IT IS SO ORDERED.**

Dated:  September 26, 2013.                     _____
                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE