1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABM PARKING SERVICES, INC. formerly known as AMPCO SYSTEM PARKING, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL D. MALATIN; and PINNACLE AUTOMOTIVE HOSPITALITY SERVICES, INC.,<br><br>　　　　　Defendants. | Case No.: 4:13-cv-02211-VC<br><br>[~~PROPOSED~~] **MINUTE ORDER AND CASE MANAGEMENT ORDER** |
| MICHAEL D. MALATIN and PINNACLE AUTOMOTIVE HOSPITALITY SERVICES, INC.,<br><br>　　　　　Counterclaimants,<br><br>　vs.<br><br>ABM PARKING SERVICES, INC. formerly known as AMPCO SYSTEM PARKING, a California corporation,<br><br>　　　　　Counterdefendant. | |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

A case management conference was held on July 8, 2014 regarding, in part, a discovery dispute over various depositions. Ori Edelstein of Fox Rothschild LLP appeared on behalf of Plaintiff and Counterdefendant. David Reis of Arnold & Porter, LLP appeared on behalf of Defendant and Counterclaimant.

**IT IS HEREBY ORDERED** that the following depositions shall take place in Arnold & Porter, LLP's San Francisco office as set forth below:

1. Mr. Henrik Slipsager shall appear for deposition on July 23, 2014 at 9:00 a.m.;
2. ABM Parking Services, Inc.'s 30(b)(6) deponent(s) shall appear for deposition on July 24, 2014 at 9:00 a.m.;
3. Mr. Rob Nonwiler shall appear for deposition on July 25, 2014 at 9:00 a.m.;
4. Mr. Mark Muglich shall appear for deposition on July 28, 2014 at 9:00 a.m.;
5. Mr. Leonard Carder shall appear for deposition on July 29, 2014 at 9:00 a.m.;
6. Mr. Eric Swanson shall appear for deposition on July 29, 2014 at 1:30 p.m.;
7. Mr. Richard Kindorf shall appear for deposition on July 30, 2014 at 9:00 a.m.; and
8. Mr. James Alexander shall appear for deposition on July 30, 2014 at 1:30 p.m.

In addition, the following depositions shall take place at 201 East Kennedy Blvd., Ste 950, Tampa, Florida 33602 as set forth below:

1. Mr. Michael Malatin shall appear for deposition on August 4, 2014 at 10:00 a.m.;
2. Pinnacle Automotive Hospitality Services, Inc.'s 30(b)(6) deponent(s) shall appear for deposition on August 5, 2014 at 10:00 a.m.;
3. Mr. Richard Welch shall appear for deposition on August 6, 2014 at 10:00 a.m.; and
4. Mr. Stephen Hays shall appear for deposition on August 7, 2014 at 10:00 a.m.

1      **IT IS HEREBY FURTHER ORDERED** that the above-listed depositions shall not be

2  unilaterally changed by either party without leave of court.

3      **IT IS SO ORDERED.**

4

5  Dated: July 10, 2014

6                                          The Honorable Vince Chhabria
                                           United Stated District Court
7                                          Northern District of California