DAVID J. REIS, (155782)
david.reis@aporter.com
EMILY H. WOOD (260382)
emily.wood@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:     +1 415.471.3100
Facsimile:     +1 415.471.3400

Attorneys for Defendants and Counterclaimants
MICHAEL D. MALATIN and PINNACLE
AUTOMOTIVE HOSPITALITY SERVICES, INC.

KEITH CHRESTIONSON (130936)
kchrestionson@foxrothschild.com
ORI EDELSTEIN (268145)
oedelstein@foxrothschild.com
FOX ROTHSCHILD LLP
235 Pine Street, Ste. 1500
San Francisco, CA 94104-2734
Telephone:     +1 415.364.5540
Facsimile:     +1 415.391.4436

Attorneys for Plaintiff and Counterdefendant
ABM PARKING SERVICES, INC., formerly
known as AMPCO SYSTEM PARKING.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ABM PARKING SERVICES, INC. formerly known as AMPCO SYSTEM PARKING, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL D. MALATIN; and PINNACLE AUTOMOTIVE HOSPITALITY SERVICES, INC.,<br><br>　　　　　Defendants.<br><br>MICHAEL D. MALATIN and PINNACLE AUTOMOTIVE HOSPITALITY SERVICES, INC.,<br><br>　　　　　Counterclaimants,<br><br>　vs.<br><br>ABM PARKING SERVICES, INC. formerly known as AMPCO SYSTEM PARKING, a California corporation,<br><br>　　　　　Counterdefendant. | Case No.: 4:13-cv-02211-VC<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO DISMISS** |

1  IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Counterdefendant ABM PARKING SERVICES, INC. ("ABM") and Defendants and Counterclaimants MICHAEL D. MALATIN and PINNACLE AUTOMOTIVE HOSPITALITY SERVICES, INC. (jointly "Pinnacle"), that the above-captioned case, and all of the respective claims and counterclaims asserted by the parties, should be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: September 2, 2014              Respectfully submitted,

                                      ARNOLD & PORTER LLP

                                      By:   /s/ David J. Reis
                                            David J. Reis

                                      Attorneys for Defendants and
                                      Counterclaimants
                                      MICHAEL D. MALATIN and PINNACLE
                                      AUTOMOTIVE HOSPITALITY
                                      SERVICES, INC.

Dated: September 2, 2014              FOX ROTHSCHILD LLP


                                      By:   /s/ Keith Chrestionson
                                            Keith Chrestionson

                                      Attorneys for Plaintiff and Counterdefendant
                                      ABM PARKING SERVICES, INC.


**IT IS SO ORDERED.**

Dated: September 4, 2014              _____
                                      The Honorable Vince Chhabria
                                      United Stated District Court Judge

### Filer's Attestation

I, David Reis, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to Dismiss. Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Plaintiff's and Counterdefendant's counsel.

By: */s/ David J. Reis*
David Reis